UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRYL RAY EASTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>D. SAMUEL, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-07725-MWC (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

　　　On October 21, 2022, Plaintiff Derryl Ray Easter ("Plaintiff"), proceeding pro se, filed a Civil Rights Complaint ("Complaint") under 42 U.S.C. § 1983 ("Section 1983"). (Docket No. 1). On December 19, 2022, the previously assigned Magistrate Judge screened the Complaint and dismissed it with leave to amend. (Docket No. 12). On December 29, 2022, Plaintiff filed a First Amended Complaint under Section 1983. (Docket No. 14). On January 20, 2023, Plaintiff filed a Second Amended Complaint ("SAC") under Section 1983. (Docket No. 19). The matter was transferred to this Court's calendar on November 22, 2023. (Docket No. 27). The SAC names the following defendants: D. Samuel, the Acting Warden at

1

California Men's Colony ("CMC"); B. Phillips, the Reviewing Authority at CMC; and John Doe Nos. 1 and 2. (SAC at 1-3). On March 13, 2024, after one extension to time, defendants filed a Motion to Dismiss on the grounds that the SAC fails to state a claim for which relief can be granted and that that they have qualified immunity from the cause of action alleged in the SAC. (Docket No. 38). On March 28, 2024, Plaintiff filed an Opposition to the Motion to Dismiss. (Docket No. 40). After one extension to time, defendants filed a Reply on April 19, 2024. (Docket No. 44). On November 27, 2024, the Court issued an Order Granting Motion to Dismiss With Leave to Amend. (Docket No. 49).

On December 16, 2024, the Court's November 27, 2024 Order was returned from the institution marked as "Not in Custody Return to Sender." (Docket No. 50).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **January 24, 2025.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: January 2, 2025

DAVID T. BRISTOW
United States Magistrate Judge

2