JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRYL RAY EASTER,<br><br>        Plaintiff,<br><br>        v.<br><br>D. SAMUEL, et al.,<br><br>        Defendants. | Case No. 2:22-cv-07725-MWC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 31, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge